UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BRUCE ALLUMS,<br>   Plaintiff,<br> v.<br>DEPARTMENT OF JUSTICE, et al.,<br>   Defendants. | Case No. 21-cv-02634-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on January 3, 2022. (Dkt. No. 1.) On August 16, 2021, the Court granted Plaintiff's motion to extend the time to serve the complaint. (Dkt. No. 14.) Plaintiff was given an additional 90 days to serve, such that November 15, 2021 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed.

IT IS HEREBY ORDERED that by no later than **January 31, 2022**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief. If Plaintiff seeks additional time to serve, Plaintiff shall explain: (1) what specific efforts he has made to serve since August 16, 2021, and (2) why Plaintiff was not able to serve the complaint.

The Court CONTINUES the January 18, 2022 case management conference to **April 12, 2022** at **1:30 p.m.**

**IT IS SO ORDERED.**

Dated: January 12, 2022

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge